RICHARD CORCORAN, Respondent, v. MAXIMILIAN BLOOM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of CHARLES SCHNEIDER, Deceased, etc.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IRENE MOUN, Appellant, v. MICHAEL MOUN, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and McAvoy, J., dissent.

ANNA LANDFRIED, Respondent, v. JOSEPH KALVACHER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FLORANCE B. ROEHM, Respondent, v. CHARLES ROEHM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LA BOYTEAUX & COMPANY, Respondent, v. OMER FEIZI, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RACHEL I. BURT, Respondent, v. HARRIETT W. PETERS and Others, Defendants, Impleaded with L. M. BERKELEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN FRIED, Assignee of the LANG HORTON TANNING Co., INC., Appellant, v. TIOGA TANNING COMPANY, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELENE B. BAUM, Appellant, v. T. J. MCLAUGHLIN & SONS, Respondent.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE M. ORMOND, Respondent, v. MARTIN A. TOWLE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

M. JAMES ORMOND, Respondent, v. MARTIN A. TOWLE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM BIRNS, Appellant, v. VARIETY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COMPANIA MEXICANA REFINADORA ISLAND, S. A., Respondent, v. COMPANIA METROPOLITANA DE OLEODUCTOS, S. A., Appellant, Impleaded with COMPANIA PETROLERA CAPUCHINAS, S. A., Defendant (Appearing Specially).*— Appeal dismissed, without costs, with leave to renew the motion if service of summons on defendant Compania Metropolitana de Oleoductos, S. A., be finally sustained. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.